**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1689**

---

PATRICIA YARBROUGH,

                                    Plaintiff - Appellant,

        versus

LIFETOUCH NATIONAL SCHOOL STUDIOS, Employer;
NOW CARE,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-01-1539)

---

Submitted:  August 15, 2002          Decided:  August 20, 2002

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patricia Yarbrough, Appellant Pro Se.  Robert William McFarland,
Steven Roy Zahn, MCGUIREWOODS, L.L.P., Norfolk, Virginia; Roy
Barrow Blackwell, Mary Elizabeth Anderson, Brian Owen Dolan,
KAUFMAN & CANOLES, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patricia Yarbrough appeals the district court's judgment granting the Appellees' motions to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Yarbrough v. Lifetouch National, No. CA-01-1539 (E.D. Va. May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED